■ In the Matter of WILLIAM J. GAYNOR, Appellant, v ALPHONSE D'AMBROSE et al., Constituting the New York City Civil Service Commission, et al., Respondents, and GEORGE P. MOLLOY, Intervenor-Respondent.—Judgment, Supreme Court, New York County, entered on March 4, 1976, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs

and without disbursements. Concur—Kupferman, J. P., Evans, Capozzoli, Lane and Yesawich, JJ.